**No. 50073.**—Protests 991956–G, etc., of Schimmel & Co., Inc., et al. (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50074.**—Protest 113525–K of Dufaycolor Co., Inc. (New York).

Opinion by EKWALL, J.   The Government moved to dismiss without prejudice because the company had dissolved and it was impossible to locate the importer. The protest was therefore dismissed.

BEFORE THE FIRST DIVISION, MARCH 29, 1945

**No. 50075.**—Protests 23078–K, etc., of Royal Bead & Novelty Co., Inc., et al. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458.   The protests were sustained to this extent.

**No. 50076.**—Protests 974773–G, etc., of Clover Bead & Novelty Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458.   The protests were sustained to this extent.

**No. 50077.**—Protests 999088–G, etc., of Anco Import Corp et al. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458.   The protests were sustained to this extent.